



EXHIBIT "A"

